MATTHEW Q. VERDIN (SBN 306713)
mverdin@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000

*Attorney for Defendant Capital One, N.A., Successor by Merger to Discover Bank*

TODD M. FRIEDMAN (SBN 216752)
tfriedman@toddflaw.com
ADRIAN R. BACON (SBN 280332)
abacon@toddflaw.com
MATTHEW R. SNYDER (SBN 350907)
mgeorge@toddflaw.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
23586 Calabasas Road, Suite 105
Calabasas, CA 91302
Telephone: (818) 619-3774

*Attorneys for Plaintiff Jonathan Jung*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN JUNG, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER BANK,<br><br>Defendant. | Case No.: 3:26-cv-06638-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE NOVEMBER 20, 2026 HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Honorable Charles R. Breyer |

Pursuant to the Court's October 9, 2026 Order (ECF 15) and Civil Local Rules 6-2 and 7-12, Defendant Capital One, N.A., successor by merger to Discover Bank, and Plaintiff Jonathan Jung respectfully submit the following stipulation to continue the November 20, 2026 hearing on Defendant's Motion to Dismiss (ECF 12) to December 11 or 18, 2026.

**STIPULATION**

1. On August 19, 2026, Defendant filed a motion to dismiss Plaintiff's First Amended Complaint, and noticed its motion for a hearing on October 23, 2026. ECF 12.

2. On October 9, 2026, the Court entered an Order vacating the hearing on Defendant's motion to dismiss and setting a new hearing date for November 20, 2026. ECF 15.

3. Defendant's counsel, who intends to present argument on behalf of Defendant, has a pre-planned vacation scheduled from November 14-23 that includes travel and conflicts with the November 20 hearing date. The Parties' counsel have conferred, and the next available dates on the Court's calendar when both Parties are available for a hearing on Defendant's motion to dismiss are December 11 and 18, 2026.

4. The Parties agree that, in light of counsel for Defendant's preexisting conflict with the November 20 hearing date, good cause exists to continue the hearing on Defendant's motion to dismiss to December 11 or 18, 2026.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE**, subject to Court approval, that the hearing on Defendant's motion to dismiss (*see* ECF 12) shall be continued to December 11 or 18, 2026.

DATED: October 14, 2026

Respectfully submitted,

By: */s/ Matthew Q. Verdin*

MATTHEW Q. VERDIN (SBN 306713)
mverdin@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000

*Attorney for Defendant Capital One, N.A., Successor by Merger to Discover Bank*

By: */s/ Adrian R. Bacon*

TODD M. FRIEDMAN (SBN 216752)
tfriedman@toddflaw.com
ADRIAN R. BACON (SBN 280332)
abacon@toddflaw.com
MATTHEW R. SNYDER (SBN 350907)
mgeorge@toddflaw.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
23586 Calabasas Road, Suite 105
Calabasas, CA 91302
Telephone: (818) 619-3774

*Attorneys for Plaintiff Jonathan Jung*

## ~~[PROPOSED]~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the hearing on Defendant's motion to dismiss Plaintiff's First Amended Complaint (ECF 12) shall be continued to December 18, 2026 at 10:00 a.m. by video conference (Zoom).

DATED: October 15, 2026

HON. CHARLES R. BREYER
United States District Judge